UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00140-RJC-DSC

| | |
|---|---|
| RAYMOND ROSADO, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAM LENDING CENTER, INC., d/b/a )<br>Today's American Mortgage, and PHILIP )<br>VALIANTI, )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER** comes before the Court *sua sponte*. Due to the COVID-19 global pandemic, the trial of this matter is hereby **CONTINUED** to July 6, 2020.

Signed: April 6, 2020

Robert J. Conrad, Jr.
United States District Judge